IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARY C. HABIB,

    Plaintiff,

v.   No. 1:21-cv-00927-KWR-KK

UNITED STATES OF AMERICA, et al.,

    Defendants.

## RULE 58 JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order of Dismissal (Doc. 4) entered on **October 15, 2021**, which dismissed all of Plaintiff's claims.

**IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS
UNITED STATES DISTRICT JUDGE**